Jonah A. Grossbardt (State Bar No. 283584)
Matthew L. Rollin (State Bar No. 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
REDUX PICTURES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDUX PICTURES, | Case No.: |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | **Demand for Jury Trial** |
| THE WRAP NEWS INC., | |
| Defendant. | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff Redux Pictures by and through its undersigned counsel, brings this Complaint against Defendant The Wrap News Inc. for damages and injunctive relief, and in support thereof states as follows:

# SUMMARY OF THE ACTION

1. Plaintiff Redux Pictures ("Redux") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Redux's original copyrighted Work of authorship in its Work.

2. Redux Pictures is an independent commercial and editorial photo agency based in New York City with photographers located around the world. They opened their doors in 2003 and quickly emerged as an industry leader, receiving many major awards, including World Press, Overseas Press Club, American Photography, PDN, and Communication Arts. Redux takes pride in being a strong advocate for the power of modern photography and the creative individual's ability to effect change. Redux artists have photographed portraits of world leaders, CEOs, politicians, athletes and celebrities. They have documented everything from social issues such as healthcare, immigration, and poverty, to global issues such as the economy, the environment, and war. In addition, our extensive travel, food, and lifestyle photography showcases Redux as an Industry leader. Redux's regular editorial clients include Afar, Forbes, Fortune, ESPN, The New York Times Magazine, Esquire, GQ, GEO, Time, Newsweek, The New Yorker, Reader's Digest, Travel & Leisure, and many more. Commercial shoots include contemporary annual reports for Goldman Sachs, USAA, and ad campaigns for PNC Bank, Siemens and Zappos. Along with their network of partner agencies around the world, Redux continues to grow and offers complete production and multimedia services for clients.

3. Defendant The Wrap News Inc. ("Wrap News") is the leading digital-first news organization covering the business of entertainment and media via digital, print and live events. Founded by award-winning journalist Sharon Waxman in 2009, The Wrap News Inc. is comprised of the award-winning, industry-leading website with its high-profile news breaks, investigative stories and authoritative analysis; it also includes premium, glossy magazines with stunning original photography and

editorial, distributed to entertainment industry professionals; Wrap Events, a series of high profile gatherings of thought leaders including the Power Women breakfast series and Summit, Oscar season screening series and TheGrill, an executive leadership conference centered on the convergence of entertainment, media and technology. TheWrap has won multiple awards for its journalism, including best website in 2018 for a news organization exclusive to the internet at the L.A. Press Club's SoCal Journalism Awards and best entertainment website in 2018 at the National Arts and Entertainment Journalism awards. At all times relevant to herein, The Wrap News Inc. is the owner of the website https://www.thewrap.com/ (the "website").

4. Redux alleges that Wrap News copied Redux's copyrighted Work from the internet in order to advertise, market and promote its business activities. Wrap News committed the violations alleged in connection with Wrap News's business for purposes of advertising and promoting sales to the public in the course and scope of the Wrap News's business.

### JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in California.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                                  CASE NO.:

# DEFENDANT

9. The Wrap News Inc. is a Delaware Corporation, with its principal place of business at 2260 South Centinela Avenue, Suite 150, Los Angeles, CA 90064, and can be served by serving its Registered Agent, Sharon Waxman at the same address.

# THE COPYRIGHTED WORK AT ISSUE

10. In 2008, Redux created the photograph entitled 14047849, which is shown below and referred to herein as the "Work".



11. Redux registered the Work with the Register of Copyrights on May 12, 2008 and was assigned the registration number VA 1-725-850. The Certificate of Registration is attached hereto as Exhibit 1.

12. At all relevant times Redux was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

13. Wrap News has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Wrap News copied the Work.

15. On or about April 16, 2019, Redux discovered the unauthorized use of its Work.

16. Wrap News copied Redux's copyrighted Work without Redux's permission.

17. After Wrap News copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its online news and media business.

18. Wrap News copied and distributed Redux's copyrighted Work in connection with Wrap News's business for purposes of advertising and promoting Wrap News's business, and in the course and scope of advertising and selling products and services.

19. Redux's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

20. Wrap News committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

21. Redux never gave Wrap News permission or authority to copy, distribute or display the Work at issue in this case.

22. Redux notified Wrap News of the allegations set forth herein on July 11, 2019 and August 6, 2019. To date, the parties have been unable to resolve this dispute.

**COUNT I**

**COPYRIGHT INFRINGEMENT**

23. Redux incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Redux owns a valid copyright in the Work at issue in this case.

25. Redux registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Wrap News copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Redux' authorization in violation of 17 U.S.C. § 501.

27. Wrap News performed the acts alleged in the course and scope of its business activities.

28. Wrap News's acts were willful.

29. Redux has been damaged.

30. The harm caused to Redux has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant The Wrap News Inc. that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiff its actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded such other and further relief as the Court deems just and proper; and

e. Plaintiff be awarded pre- and post-judgment interest.

/ / /
/ / /
/ / /
/ / /

# JURY DEMAND

Plaintiff Redux Pictures hereby demands a trial by jury of all issues so triable.

DATED: June 4, 2021                    Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT.
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff Redux Pictures*